UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA RODOLIS,

                Plaintiff,            25-cv-4744 (JGK)

      - against -               ORDER

TARGET CORPORATION,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 28, 2025.

SO ORDERED.

Dated:    New York, New York
          June 10, 2025

                                        John G. Koeltl
                              United States District Judge